No. 90–5439. GREGORY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 90–5492. CANNON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–5576. RUMBLE v. SMITH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–5589. LESURE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–5594. WINTERS v. McFAUL ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–5724. LOCKETT v. STONE, SECRETARY OF THE ARMY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5787. BRAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5800. EATON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5912. HARRIS v. GREACEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5944. CORDOBA v. HANRAHAN. C. A. 10th Cir. Certiorari denied.

No. 90–5964. CHERRY v. ROWLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5965. WHITAKER v. SUPERIOR COURT, ALAMEDA COUNTY, CALIFORNIA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–5981. ENDRES v. ARMONTROUT ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5983. MARTIN v. UNITED STATES DEPARTMENT OF LABOR, EMPLOYMENT STANDARDS ADMINISTRATION OFFICE OF WORKERS' COMPENSATION. C. A. 5th Cir. Certiorari denied.